UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANTONIA MACONEL-ARGUELLO,<br><br>   Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, Warden of California City Detention Center; POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>   Respondents. | No.  1:25-cv-01588-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT<br><br>Docs. 1, 12, 13 |

Petitioner Jacqueline Antonia Maconel-Arguello is an immigration detainee proceeding with a petition for writ of habeas corpus. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted, that respondents be directed to immediately release petitioner from custody with the same conditions she was subject to

immediately prior to her detention on October 28, 2025, and that respondents be enjoined and restrained from re-detaining petitioner unless respondents demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that her physical custody is legally justified.  Doc. 12.  The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days of service.  *Id.* at 10–11.

On January 15, 2026, petitioner filed a motion for temporary restraining order, requesting that the Court order his release for the reasons stated in the findings and recommendations.  *See* Doc. 13 at 2 (explaining that "she requests immediate release pursuant to this application for temporary restraining order and the reasons found in the Magistrates' findings and recommendations dated January 15, 2026 (Dkt.12) granting the writ of habeas corpus").  On January 20, 2026, respondents filed a one-sentence objection to the findings and recommendations and an opposition to the motion for temporary restraining order, requesting that the Court deny both "[f]or the reasons set forth in Respondents' original briefing (ECF 10)."  Doc. 14.[1]

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 15, 2026, Doc. 12, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is GRANTED;
3. Respondents are ORDERED to release petitioner immediately with the same conditions she was subject to immediately prior to her detention on October 28, 2025;

---

[1] Respondents did not make any new arguments or address any specific portion of the findings and recommendations in their objections.  *See* Doc. 14.

2

4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that her physical custody is legally justified;

5. The motion for temporary restraining order, Doc. 13, is DENIED as moot; and

6. The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:   January 21, 2026

_____
UNITED STATES DISTRICT JUDGE